Record and Return to:
Doonan, Graves & Longoria, LLC
Attn: Matthew Kelly
100 Cummings Center
Suite 303C
Beverly, MA 01915

## CONFIRMATORY ASSIGNMENT OF MORTGAGE

Know that, for valuable consideration, **Main Street Asset Solutions, Inc.**, whose address is P.O. Box 12220, Reno, NV 89510("ASSIGNOR"), hereby sells, assigns, and transfers to **Michael Gregory Amsbry, Trustee of The Michael Gregory Amsbry Living Trust**, whose address is 550 W Plumb Ln B530, Reno, NV 89509 ("ASSIGNEE"), the Assignor's interest in a certain note; and mortgage to **AMC Mortgage Services, Inc.** made by **Charles A. Rideout** has been given to secure payment of the sum of $113,000.00 and interest, dated March, 6 2007, in **Penobscot County Registry of Deeds** in Book 10881, Page 68, describing land therein as:

**137 Hayden Lane, Burlington, ME 04417**

THIS ASSIGNMENT CONFIRMS AND RATIFIES THE ASSIGNMENT DATED DECEMBER 20, 2019 RECORDED IN THE PENOBSCOT REGISTRY OF DEEDS BOOK 16871, PAGE 127.

Dated: 4·2·2024

Main Street Asset Solutions, Inc., Assignor

By: Krissie Jones
Its: CEO

### CORPORATE ACKNOWLEDGMENT

State of _____ )
County of _____ ) ss.

On the ____ day of _____ in the year 2024, before me, the undersigned, personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned.

I certify under PENALTY OF PERJURY under the laws of the State of _____ that the foregoing paragraph is true and correct.

See attached
CA. Acknowledgment

Notary Public
My commission expires:


EXHIBIT M

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Sacramento__

On __4.2.2024__, before me, __Nancy M. King, Notary Public__,
    *Date*                           *Here Insert Name and Title of the Officer*
personally appeared __Karissa Jones__
                         *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: NANCY M. KING, Notary Public - California, Sacramento County, Commission # 2355872, My Comm. Expires Apr 18, 2025]

Signature _____
*Place Notary Seal and/or Stamp Above*      *Signature of Notary Public*

―――――――――――― OPTIONAL ――――――――――――

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: __Confirmatory ADM__
Document Date: __4.2.2024__      Number of Pages: __1 text__
Signer(s) Other Than Named Above: __0__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Karissa Jones__
☒ Corporate Officer – Title(s): __CEO__
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact
☐ Trustee      ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2018 National Notary Association